```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2005 AUG 18  PM 2: 11

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL J. SOPCZAK            *        CIVIL ACTION

VERSUS                        *        NO. 05-1510

STATE OF LOUISIANA            *        SECTION: "J" (6)

## ORDER

Before the court is petitioner's "Motion for Appointment of Counsel." There is no constitutional right to counsel in a habeas corpus proceeding. **Pennsylvania v. Finley**, 481 U.S. 551, 555 (1987). Moreover, review of petitioner's request for relief filed pursuant to Title 28, United State Code, Section 2254 does not reveal any complex legal issues which would warrant appointment of counsel under Title 18, United States Code, Section 3006A(a)(2)(B).

Accordingly, **IT IS ORDERED** that petitioner's motion for appointment of counsel is **DENIED**.

New Orleans, Louisiana, this 18th day of August, 2005.

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY COUNSEL
AND PRO SE PETITIONER

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____